

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA
CIVIL DIVISION

DARRELL L. PITTMAN,

    Plaintiff,

-vs-                            CASE NO.: 2011 30610 CICI 31

UNITED RENTALS, INC., a Florida
corporation,

    Defendant.
_____/

## COMPLAINT

    COMES NOW the Plaintiff, DARRELL L. PITTMAN, by and through his undersigned attorneys, and sues Defendant, UNITED RENTALS, INC., a Florida corporation and alleges:

1. This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00).

2. At all times material hereto, Plaintiff, DARRELL L. PITTMAN, was a resident of Polk County, Florida.

3. At all times material hereto, the Defendant, UNITED RENTALS, INC. was a Florida corporation doing business in Volusia County.

4. At all times material hereto, Defendant, UNITED RENTALS, INC., owned, operated and maintained a store located at 1472 N. Nova Road, Holly Hill, Volusia County, Florida, which was used as a store for the purposes of renting and selling industrial equipment.

5. On or about January 29, 2010, Plaintiff, DARRELL L. PITTMAN rented a trailer hitch and trailer from Defendant, UNITED RENTALS, INC specifically designed to carry a forklift.

A True Copy
Certification on Last Page

6. On the date and at the place aforesaid, an employee of Defendant, UNITED RENTALS, INC. recommended a specific trailer to carry a forklift and thereupon negligently attached said trailer or attached a defective trailer.

7. As Plaintiff, DARRELL L. PITTMAN was traveling on Park Street, the hitch broke causing the trailer to strike his vehicle tossing him violently inside his vehicle.

8. As a result, Plaintiff, DARRELL L. PITTMAN, suffered bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation and/or activation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's automobile was damaged and he lost the use of it during the period required for its repair or replacement.

WHEREFORE the Plaintiff, DARRELL L. PITTMAN, demands judgment against the Defendant, UNITED RENTALS, INC., a Florida corporation, in an amount in excess of Fifteen Thousand ($15,000) Dollars, and requests a trial by jury of all issues triable as of right by a jury.

DATED this 24 day of March, 2011.

Joseph R. Bryant, Esquire
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
Florida Bar #: 561444
Attorney for Plaintiff(s)

/sa



STATE OF FLORIDA, VOLUSIA COUNTY
I HEREBY CERTIFY the foregoing is a true copy of the original filed in this office This 25 day of APRIL 2011
Clerk of Circuit and County Court
By _____
Deputy Clerk

/s/ L. Adams, Sr.